UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

IN RE APPLICATION PURSUANT TO  :   20-mc-367 (SHS)
28 U.S.C. § 1782 FOR DISCOVERY
IN AID OF FOREIGN PROCEEDINGS   :   <u>ORDER</u>

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A teleconference having been held today, with counsel for applicant appearing,

    IT IS HEREBY ORDERED that for the reasons set forth on the record, the *ex parte* application pursuant to 28 U.S.C. § 1782 is denied without prejudice.

Dated: New York, New York
       December 3, 2020

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.